1044

*In the Matter of the Marriage of* CATHERINE BEALL, *Appellant,* and STEVEN BEALL, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 01-3-01985-4, Neal Q. Rielly, J., entered January 13, 2004. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JAMES BURGESS, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-01002-6, Robert G. Swisher, J., entered February 6, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis and Brown, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. JESUS CABRERA ORTIZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 01-1-00274-3, Kenneth L. Jorgensen, J., entered July 1, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

MAJERUS, INC., *Appellant,* v. WALLA WALLA COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 04-2-50184-1, Vic L. VanderSchoor, J., entered May 3, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.